IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEREK W. CORNELIUS, GARY HAYNES, and CREATIVE COMPOUNDS, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>ADORNO & YOSS LLP, a Florida limited liability partnership, and THOMAS L. PETERSON<br><br>Defendants. | CAUSE NO. 09-1469 |

## CERTIFICATE OF FILING NOTICE OF REMOVAL

Defendants Adorno & Yoss LLP and Thomas L. Peterson, hereby certify that on the 15th of September, 2009, a true and correct copy of the Notice of Removal was filed in the Circuit Court of the County of Cape Girardeau, Missouri, wherein the above-entitled case bares the cause No. 09CG-CC00061

HINSHAW & CULBERTSON LLP

BY:  /S/ MICHAEL P. DOWNEY
MICHAEL P. DOWNEY  #97668
JOHNNY S. WANG  #518022
GATEWAY ONE
701 MARKET STREET, SUITE 1300
ST. LOUIS, MO 63101-1843
P: 314-241-2600
F: 314-241-7428
mdowney@hinshawlaw.com
jwang@hinshawlaw.com
ATTORNEYS FOR DEFENDANTS ADORNO & YOSS LLP AND THOMAS L. PETERSON

12276878v1 128616 2866

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was placed in a sealed envelope, clearly addressed, with proper postage fully prepaid, and deposited in the United States Mail at St. Louis, Missouri, on this 16th day of September, 2009, addressed to the following attorney(s) of record:

| | |
|---|---|
| Matthew A. Rosenberg<br>Law Offices of Matthew Rosenberg, LLC<br>36 Four Seasons Ctr., #116<br>St. Louis, Missouri 63017<br>(314) 256-9699<br>(314) 786-0532 (fax) | Steven M. Sherman<br>Alan H. Norman<br>David B. Jinkins<br>Thompson Coburn, LLP<br>One US Bank Plaza<br>Saint Louis, Missouri 63101<br>(314) 552-6000<br>(314) 552-7000 (fax) |

                                    /s/ Michael P. Downey