# Exhibit 15

# GALLOP, JOHNSON & NEUMAN, L.C.
*Attorneys and Counselors at Law*

August 24, 2010

CLIENT #: 110769

BILLING ATTORNEY:
KENNETH SOLOMON

MATT ROSENBURG
CREATIVE COMPOUNDS, L.L.C.
600 DOUGHERTY
SCOTT CITY, MO 63780

| | |
|---|---|
| Balance Due from Previous Statements | $.00 |
| Less Payments Received | (       $.00  ) |
| Amount This Invoice | $22,944.87 |
| Total Balance Due | $22,944.87 |

```
Payment due upon receipt

Please return blue REMITTANCE PAGE with payment

Statement of Account attached
```



Interco Corporate Tower    101 S. Hanley, Suite 1700    St. Louis MO 63105
Telephone 314-615-6000          Federal ID #43-1085159

# GALLOP, JOHNSON & NEUMAN, L.C.
*Attorneys and Counselors at Law*

INVOICE #: 338221

August 24, 2010

CLIENT #: 110769

BILLING ATTORNEY:
KENNETH SOLOMON

MATT ROSENBURG
CREATIVE COMPOUNDS, L.L.C.
600 DOUGHERTY
SCOTT CITY, MO 63780

Invoice For Period Through July 31, 2010

Legal Services Regarding: CREATIVE COMPOUNDS IN A LEGAL MALPRACTICE AGAINST
ADORNO & YOSS AND THOMAS PETERSON, PATENT LAW
EXPERT WITNESS FOR

Matter Number: 110769-0002

| Date | Tkpr | Hours | Description |
| --- | --- | --- | --- |
| 06/30/10 | KS | 2.40 | Study of patent disclosures |
| 07/02/10 | KS | 1.40 | Initial review of disclosures |
| 07/06/10 | KS | 6.50 | Continued study of invention disclosures and patentability search results provided with disclosures |
| 07/07/10 | KS | 7.30 | Conducting of limited patentability searches and background searches for several invention disclosures |
| 07/09/10 | KS | 6.70 | Study of invention disclosures and patentability search results provided with disclosures |
| 07/16/10 | KS | 6.90 | Conducting of computerized patentability searches regarding several invention disclosures |
| 07/19/10 | KS | 4.30 | Preparation of claims |
| 07/20/10 | KS | 4.70 | Continued preparation of claims |

Interco Corporate Tower    101 S. Hanley, Suite 1700    St. Louis MO 63105
Telephone 314-615-6000    Federal ID #43-1085159

# GALLOP, JOHNSON & NEUMAN, L.C.
*Attorneys and Counselors at Law*

Re: CREATIVE COMPOUNDS IN A LEGAL MALPRACTICE AGAINST
August 24, 2010
Page 3
Invoice #: 338221

| Date | Tkpr | Hours | Description |
|---|---|---|---|
| 07/21/10 | KS | 3.50 | Continued preparation of claims; further research of chemistry and prior art for several disclosures |
| 07/22/10 | KS | 4.50 | Telephone conference with D. Cornelius; continued preparation of claims |
| 07/27/10 | KS | 2.40 | Continued preparation of claims |
| 07/28/10 | KS | 2.80 | Continued preparation of claims and conducting of research; preparation of e-mail to M. Rosenberg |
| 07/28/10 | KS | 1.60 | Legal research regarding claims to product bearing printed label |
| 07/29/10 | KS | 2.30 | Continued legal research regarding claims to products bearing printed labels |

Total Fees $22,920.00

Disbursements:

| Date | Description | Amount |
|---|---|---|
| | Computer Research | 17.67 |
| | Photocopies | 7.20 |
| | Total Disbursements | $24.87 |

Balance Due This Matter $22,944.87

# GALLOP, JOHNSON & NEUMAN, L.C.
*Attorneys and Counselors at Law*

August 25, 2010                                              CLIENT #:   110769

                                                             BILLING ATTORNEY:
                                                             KENNETH SOLOMON


MATT ROSENBURG
CREATIVE COMPOUNDS, L.L.C.
600 DOUGHERTY
SCOTT CITY, MO 63780

===========================================================================

                            STATEMENT OF ACCOUNT

------------------------------BILL SUMMARY---------------------------------
    DATE     NUMBER     ORG AMT      PMT/ADJ     BALANCE DUE
---------------------------------------------------------------------------

110769-0002 CREATIVE COMPOUNDS IN A LEGAL MALPRACTICE AGAINST
            ADORNO & YOSS AND THOMAS PETERSON, PATENT LAW
            EXPERT WITNESS FOR
    08/24/10   338221    22,944.87        .00      22,944.87


Matter Total                                       22,944.87
                                                   -----------------


Grand Total...................................     $22,944.87

                                                   =================


The above statement outlines all previously rendered invoices which
remain outstanding as of Aug 25, 2010. Payments received after that
date have not been reflected on this statement.



        Interco Corporate Tower   101 S. Hanley, 16th Floor   St. Louis MO 63105
               Telephone 314-615-6000       Federal ID #43-1085159